IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01344-PSF-CBS

DAVID K. JENNER,

    Plaintiff,

v.

JOHN BLOOR; and
LANNEY D. SHELLEY,

    Defendants.

## SPECIAL ORDER OF REFERENCE TO MAGISTRATE JUDGE

The Court ORDERS that this matter is referred to United States Magistrate Craig B. Shaffer for settlement purposes only.

DATED: December 14, 2006

BY THE COURT:

*s/ Phillip S. Figa*

Phillip S. Figa
United States District Judge