IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01344-PSF-CBS

DAVID K. JENNER,

    Plaintiff,

v.

JOHN BLOOR;
LANNEY D. SHELLEY;
JOSEPH ORTIZ;;
P. GABRIEL;
KATHIE HOLST; and
JULIE RUSSELL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, ~~~~~

JAN 2 9 2007

GREG~~~~ ~. ~~~GHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Plaintiff Jenner's Motion for Service of Supplemental Claims Upon Added Defendants (Dkt. # 33) is GRANTED. It is hereby

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the supplemental claims pursuant to 28 U.S.C. § 1915 upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service pursuant to F.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to these supplemental claims as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED: January 26, 2007    BY THE COURT:

    s/ Phillip S. Figa

Phillip S. Figa
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   03-cv-01344-PSF-CBS

David K. Jenner
Prisoner No. 92839
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

Joseph Ortiz, P. Gabriel,
Kathie Holst, and Julie Russell - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Joseph Ortiz, P. Gabriel, Kathie Holst, and Julie Russell: COMPLAINT FILED 7/25/03, AMENDED COMPLAINT FILED 11/5/03, SUPPLEMENTAL CLAIMS FILED 8/12/04, ORDER FILED 12/15/06, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/29/07   .

GREGORY C. LANGHAM, CLERK

By: *[signature]*
Deputy Clerk