IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01344-PSF-CBS

DAVID K. JENNER,

    Plaintiff,

v.

JOHN BLOOR;
LANNEY D. SHELLEY;
JOSEPH ORTIZ;
P. GABRIEL;
KATHIE HOLST; and
JULIE RUSSELL

    Defendants.

## ORDER SETTING STATUS AND SCHEDULING CONFERENCE

It is hereby ORDERED that a status and scheduling conference in this case is SET for **Wednesday, March 14, 2007 at 8:15 a.m.**  Plaintiff, who apparently remains incarcerated, shall appear by telephone or videoconference by making arrangements through his case manager at least 24 hours in advance with the Courtroom Deputy, Valeri Barnes, at 303-335-2087.

DATED:  February 21, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge