IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01344-PSF-CBS

DAVID K. JENNER,

    Plaintiff,

v.

JOHN BLOOR;
LANNEY D. SHELLEY;
JOSEPH ORTIZ;
P. GABRIEL;
KATHIE HOLST; and
JULIE RUSSELL

    Defendants.

---

## ORDER SETTING PRETRIAL CONFERENCE

---

As stated at the March 14, 2007 status conference, the Court hereby ORDERS that a pretrial conference is set before the undersigned to commence following settlement discussions in this matter set for 8:30 a.m. on May 17, 2007, or <u>no later than 4:00 pm. on May 17, 2007</u>.  A final trial preparation conference date will be set at this pretrial conference.

    DATED:  March 14, 2007

                                                    BY THE COURT:

                                                    *s/ Phillip S. Figa*

                                                    _____

                                                    Phillip S. Figa
                                                    United States District Judge