IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01344-PSF-CBS

DAVID K. JENNER,

    Plaintiff,

v.

JOHN BLOOR;
LANNEY D. SHELLEY;
JOSEPH ORTIZ;
P. GABRIEL;
KATHIE HOLST; and
JULIE RUSSELL

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    The Stipulated Motion to Vacate Trial Date (Dkt. # 51) is GRANTED. It is therefore ORDERED that the trial date of August 6, 2007 is VACATED. Dismissal papers are due **June 29, 2007.**

DATED: May 18, 2007