IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 03-cv-01344-PSF-CBS

DAVID K. JENNER,

      Plaintiff,

v.

JOHN BLOOR;
LANNEY D. SHELLEY;
JOSEPH ORTIZ;
P. GABRIEL;
KATHIE HOLST; and
JULIE RUSSELL,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      This matter is before the Court on the parties' Stipulated Motion To Dismiss (Dkt. # 57).  The Court hereby

      ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or her own costs and attorneys' fees.

      DATED:  July 31, 2007

                             BY THE COURT:

                             *s/ Phillip S. Figa*

                             _____

                             Phillip S. Figa
                             United States District Judge